# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:08-CR-17 |
| ) | (Phillips) |
| CHESSIE ADAM AYERS ) | |

## ORDER

Upon the motion of the government [Doc. 4], the indictment in this case is **DISMISSED.**

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge